OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS OF STEPHENS COUNTY CANNOT BE COMPLELLED BY A PETITION SIGNED BY COUNTY ELECTORS TO CALL AN ELECTION ON WHETHER OR NOT QUALIFIED COUNTY VOTERS WISH TO AUTHORIZE THE ISSUANCE OF BONDS TO PAY FOR THE ACQUISITION OF HIGHWAY RIGHT OF WAY IN THE COUNTY. CITE: ARTICLE X, SECTION 26, 69 O.S. 1961 161 [69-161] 19 O.S. 1961 381 [19-381], ARTICLE V, SECTION 5 (JAMES FUNSON)